# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AMANDA DENOTO,**
Appellant,

v.

**GARY D. LEVINE DDS, P.A.,** and **GARY D. LEVINE,**
Appellees.

No. 4D22-261

[October 13, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2021-CA-003146-XXXX-MB.

Andre G. Raikhelson of the Law Offices of Andre G. Raikhelson, Boca Raton, for appellant.

Jason M. Azzarone of La Cava Jacobson & Goodis, P.A., Tampa, and Jonathon P. Lynn of La Cava Jacobson & Goodis, P.A., Fort Lauderdale, for appellees

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***